UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

SCOTT MALCOLM and TIM MCGOUGH, as Trustees of
the Carpenters & Joiners Welfare Fund, Twin City
Carpenters Pension Master Trust Fund, Carpenters
and Joiners Apprenticeship and Journeymen Training
Trust Fund, and Twin City Carpenters Vacation Fund;
and each of their successors,

JOHN BOSQUEZ and GARY LARSON, as Trustees
of the Minneapolis Painting Industry Health
& Welfare Fund, Minneapolis Local 386 Drywall Finishing
Industry Pension Fund, Minneapolis Painting Industry
Pension Fund, Minneapolis Painting Industry Vacation
and Holiday Fund; MICHAEL GAVANDA and
JAMES SMALLEN, as Trustees of the Minnesota
Finishing Trades Training Fund;
and each of their successors,

JEFF JEWETT and JOHN NAKASONE, as Trustees
of the St. Paul Painting Industry Health & Welfare
Fund, St. Paul Painting Industry Pension Fund,
St. Paul Painting Industry Vacation Fund;
and each of their successors,

    Plaintiffs,

vs.               **ORDER FOR DISMISSAL**
                 Civil File No. 04-2670 MJD/JGL

MICHAEL J. HALL, d/b/a MLC CONSTRUCTION,

    Defendant.
_____

  Based upon the Joint Stipulation for Dismissal filed by the remaining

parties to this action, it is hereby ORDERED that the remaining claims in this

1

2

matter may be dismissed with prejudice and without costs to either party.


Dated: March 16, 2006.                s / Michael J. Davis
                                      The Honorable Michael J. Davis
                                      United States District Court Judge



Civil File No. 04-2670 MJD/JGL